UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISBA INSTITUT BIOCHIMIQUE SA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACCORD HEALTHCARE, INC., <br><br> Defendant. | Hon. Julien Xavier Neals <br> Civil Action No. 23-54 <br><br> **PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on May 15, 2023; and for good cause shown:

**IT IS** on this 15$^h$ day of May, 2023,

**ORDERED THAT:**

1. A telephone status conference shall be held before the undersigned on **8/31/2023 at 12:00 P.M.** Counsel for Plaintiff is directed to initiate the call to (973) 776-7700. If the conference is going to be conducted via dial-in, the parties are instructed to call Chambers once everyone is on the line and provide the dial-in information at that time. Dial-in numbers will not be accepted prior to the conference. The parties are to submit a joint status letter no later than **8/25/2023**, itemizing the issues counsel would like to discuss in the upcoming conference.

2. Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed. *See* L. Civ. R. 16.1(f)(1). No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.

3. Discovery shall proceed as set forth in Exhibit 1 to this Order.

4. **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**

## EXHIBIT 1

| Event | Date |
|---|---|
| Rule 26(f) Conference | May 1, 2023 |
| Submit Joint Discovery Plan | May 8, 2023 |
| Rule 16 Conference | May 15, 2023 |
| IBSA serves Disclosure of Asserted Claims | May 22, 2023 |
| Parties serve their Initial Disclosures | May 30, 2023 |
| Parties file Discovery Confidentiality Order | May 30, 2023 |
| Accord serves Invalidity and Non-infringement contentions | June 14, 2023 |
| IBSA serves Responses to Invalidity Contentions and Infringement Contentions | July 31, 2023 |
| Parties exchange proposed claim terms for construction | August 14, 2023 |
| Parties Exchange Preliminary Claim Constructions and Evidence | September 5, 2023 |
| Parties Exchange Responding Claim Construction Evidence | September 19, 2023 |
| Joint Claim Construction and Prehearing Statement Due | October 5, 2023 |
| Completion of Claim Construction Fact Discovery | November 6, 2023 |
| Opening *Markman* Briefs | November 22, 2023 |
| *Markman* Expert Discovery Closes | December 22, 2023 |
| Responsive *Markman* Briefs | January 26, 2024 |
| Parties Propose Schedule for *Markman* Hearing | February 9, 2024 |
| *Markman* Hearing | To be set by the Court |

## **EXHIBIT 1**

| | |
|---|---|
| Deadline for substantial completion of document production | 60 days after the Court's *Markman* Opinion/Order |
| Deadline to move to amend or add parties | 90 days after the Court's *Markman* Opinion/Order |
| Close of fact discovery | 90 days after the Court's *Markman* Opinion/Order |
| Opening expert reports on issues for which the party bears the burden of proof | 30 days after the close of fact discovery |
| Rebuttal expert reports | 30 days after service of opening expert reports |
| Reply expert reports | 21 days after service of rebuttal expert reports |
| Close of expert discovery | 30 days after service of reply expert reports |
| Submission of proposed Final Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial | TBD |
| Expiration of 30-month stay | May 28, 2025 |