Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*IBSA Institut Biochimique SA,*
*IBSA Pharma Inc., and Altergon SA*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IBSA INSTITUT BIOCHIMIQUE SA, IBSA PHARMA INC., and ALTERGON SA,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | C.A. No. 23-54 (SRC)(JBC)<br><br>(Filed Electronically) |

### STIPULATION AND ORDER

**WHEREAS**, on January 5, 2023, Plaintiffs IBSA Institut Biochimique SA, IBSA Pharma Inc., and Altergon SA (collectively, "Plaintiffs") filed a Complaint for Patent Infringement against Defendant Accord Healthcare, Inc. ("Accord"), alleging that Accord's submission of Abbreviated New Drug Application ("ANDA") No. 218008, seeking approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of a generic version of Tirosint®-SOL (levothyroxine sodium oral solution) ("Accord's ANDA Product"), infringes U.S. Patent Nos. 10,537,538 and 11,096,913 (the "'538 patent" and "'913 patent," respectively);

1

**WHEREAS**, on November 16, 2023, the U.S. Food and Drug Administration ("FDA") approved revised labeling for Tirosint®-SOL;

**WHEREAS**, on December 14, 2023, U.S. Patent No. 11,241,382 (the "'382 patent") was listed in the FDA's publication entitled "Approved Drug Products with Therapeutics Equivalence Evaluations" (the "Orange Book") for Tirosint®-SOL in view of the FDA's November 16, 2023 approval of revised labeling;

**WHEREAS**, on February 20, 2024, Accord sent Plaintiffs' counsel its Paragraph IV certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) against the '382 patent;

**WHEREAS**, the statutory stay of FDA approval of Accord's ANDA No. 218008 ("30-month stay") currently expires on May 28, 2025; and

**WHEREAS**, the current case schedule (ECF No. 49) provides for approximately seven (7) months between the submission of a proposed Final Pretrial Order and the expiration of the 30-month stay.

**NOW THEREFORE**, the parties, through their respective undersigned counsel, and subject to the approval of the Court, stipulate that:

1. The 30-month stay as to Accord's ANDA No. 218008 is extended from May 28, 2025 until November 28, 2025. Accord agrees to notify the FDA of this Order as soon as practicable and in any event no later than 30 days after being entered by the Court.

2. Accord agrees to refrain from engaging in the commercial manufacture, use, offer for sale, sale, and/or importation of Accord's ANDA Product within the United States until after November 28, 2025, unless before that date, the Court finds all asserted claims of the '538 patent, '913 patent, and '382 patent not infringed or invalid. Plaintiffs and Accord further agree that nothing herein shall prevent or preclude Accord from engaging in the

commercial manufacture, use, offer for sale, sale, and/or importation of Accord's ANDA Product within the United States after November 28, 2025.

3. Plaintiffs and Accord further agree that nothing herein shall prevent or preclude Plaintiffs from filing a motion for an injunction (or seeking any other relief from the Court, as appropriate) to prevent Accord from engaging in the commercial manufacture, use, offer for sale, sale, and/or importation of Accord's ANDA Product within the United States after November 28, 2025.

4. The case schedule shall be amended as follows:

| Event | Current Date (ECF No. 49) | Amended Date |
|---|---|---|
| Amend Complaint to allege infringement of '382 patent | N/A | April 19, 2024 |
| Disclosure of asserted claims for '382 patent | N/A | April 26, 2024 |
| Defendant serves non-infringement and invalidity contentions for '382 patent | N/A | May 20, 2024 |
| Plaintiffs serves infringement and validity contentions for '382 patent | N/A | July 3, 2024 |
| Parties exchange proposed claim terms for construction for '382 patent | N/A | July 10, 2024 |
| Parties exchange preliminary claim constructions and evidence for '382 patent | N/A | July 24, 2024 |
| Parties exchange responding claim construction and evidence for '382 patent | N/A | August 7, 2024 |
| Joint claim construction statement for '382 patent | N/A | August 23, 2024 |
| Substantial completion of document production for '382 patent | N/A | September 13, 2024 |
| Completion of claim construction fact discovery for '382 patent | N/A | September 23, 2024 |
| Opening *Markman* briefs for '382 patent | N/A | October 7, 2024 |

3

| *Markman* discovery closes for '382 patent | N/A | October 28, 2024 |
|---|---|---|
| Responsive *Markman* briefs for '382 patent | N/A | November 6, 2024 |
| *Markman* hearing for '382 patent | N/A | *To be scheduled by this Court* |
| Deadline to move to amend or add parties | April 22, 2024 | November 1, 2024 |
| Close of fact discovery (all patents) | April 29, 2024 | November 8, 2024 |
| Opening expert reports on issues for which the party bears the burden of proof (all patents) | May 22, 2024 | December 5, 2024 |
| Rebuttal expert reports (all patents) | July 12, 2024 | January 15, 2025 |
| Reply expert reports (all patents) | August 7, 2024 | February 14, 2025 |
| Close of expert discovery (all patents) | September 6, 2024 | March 13, 2025 |
| Submission of proposed Final Pretrial Order | October 14, 2024 | April 16, 2025 |
| Final Pretrial Conference | *To be scheduled by this Court* | *To be scheduled by this Court* |
| Trial | *To be scheduled by this Court* | *To be scheduled by this Court* |
| Expiration of FDA stay of approval of ANDA No. 218008 | May 28, 2025 | November 28, 2025 |

SO ORDERED on this  7th  day of      May                , 2024.


          s/ Stanley R. Chesler
_____
Hon. Stanley R. Chesler, U.S.D.J.

4

Dated: April 18, 2024                                           SO STIPULATED:


By: <u>s/ Charles M. Lizza</u>                              By: <u>s/ Rebekah R. Conroy</u>
    Charles M. Lizza                                          Rebekah R. Conroy
    Sarah A. Sullivan                                         STONE CONROY LLC
    Alexander L. Callo                                        25A Hanover Road, Suite 301
    SAUL EWING LLP                                            Florham Park, NJ 07932
    One Riverfront Plaza, Suite 1520                          (973) 400-4181
    Newark, NJ 07102-5426
    (973) 286-6700                                            OF COUNSEL:
    clizza@saul.com
                                                              Alejandro Menchaca
    OF COUNSEL:                                               Ben J. Mahon
    Jeffrey J. Oelke                                          MCANDREWS, HELD & MALLOY, LTD.
    Ryan P. Johnson                                           500 West Madison Street, 34th Floor
    Andrew Kral                                               Chicago, IL 60661
    FENWICK & WEST LLP                                        (312) 775-8000
    902 Broadway, 18th Floor
    New York, NY  10010-6035
    Telephone:  (212) 430-2600                                *Attorneys for Defendant*
    joelke@fenwick.com                                        *Accord Healthcare, Inc.*
    ryan.johnson@fenwick.com
    akral@fenwick.com

    Jonathan Tamimi
    FENWICK & WEST LLP
    401 Union St., 5th Floor
    Seattle, WA 98101
    Telephone: (206) 389-4510
    jtamimi@fenwick.com

    *Attorneys for Plaintiffs*
    *IBSA Institut Biochimique SA,*
    *IBSA Pharma Inc., and Altergon SA*